

# DORF & NELSON LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600  ·  www.dorflaw.com  ·  Facsimile: 914.381.7608

January 3, 2020

**VIA ECF**
Hon. Kenneth M. Karas
U.S. District Court Judge
300 Quarropas Street
White Plains, New York 10601

**Re:**   *450 Concord Avenue Corp., et al. v. Northeast Logistics, Inc.*
Case No: 19-CV-07351

Dear Judge Karas:

This firm represents Defendant Northeast Logistics, Inc. in the above-referenced matter. This letter is being submitted jointly with counsel for Plaintiff Northeast Logistics, Inc. to request an adjournment on the Pre-Motion Conference currently scheduled on January 10, 2020 to a date and time that works with the Court.

Please note that I am unavailable on the following dates:

January 16 - 17
February 4 - 6

Thank you for your consideration.

Respectfully submitted,

Jonathan B. Nelson, Esq.

cc:   Eckert Seamans
    *Counsel for Plaintiff*
    *Via ECF*

Granted
The conference is moved to
2/12/20, at 2:30

So Ordered.

KMK
1/6/20